UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN WAKS, on behalf of herself and all others similarly situated,<br><br>                        Plaintiff,<br><br>      - against -<br><br>MRS ASSOCIATES, INC. and MRS BPO, LLC,<br><br>                        Defendants. | Civil Action No. 2:11-cv-00343-LDW-ARL |

**DEFENDANT MRS ASSOCIATES, INC., FORMERLY KNOWN AS MRS BPO, LLC'S, RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes defendant MRS Associates, Inc., formerly known as MRS BPO LLC ("MRS"), which pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

      1.      Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. MRS is a New Jersey corporation. No publicly held corporation owns 10% or more of its stock or membership interest.

Dated: February 15, 2011

Respectfully submitted,

/s/  Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
200 Route 31 North, Suite 203
Flemington, New Jersey 08822
Telephone No.: (908) 751-5940
Facsimile No.: (908) 751-5944
aeasley@sessions-law.biz
Attorney for Defendant
MRS Associates, Inc.,
formerly known as
MRS BPO, LLC

## CERTIFICATE OF SERVICE

I certify that on this 15th day of February 2011, a copy of the foregoing **Corporate Disclosure Statement** was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

> Charles T. Mathews
> Mathews Law Group
> 2596 Mission Street, Suite 204
> San Marino, CA  91108
> Tel.: (626) 683-8291
> Fax.: (626) 683-8295
> ted@mathewsrager.com
> Attorney for Plaintiff

> /s/ Aaron R. Easley
> Aaron Easley, Esq.
> Attorney for Defendant
> MRS Associates, Inc.,
> formerly known as
> MRS BPO, LLC

\\sfnfs02\prolawdocs\9441\9441-27107\Waks, Susan\348431.doc