THE MATHEWS LAW GROUP
Charles T. Mathews Esq. CA SBN 55889
Patrick Chung Esq. CA SBN 250209
2596 Mission Street, Suite 204
San Marino, California 91108
Ph.:    (626) 683-8291
Fax:    (626) 683-8295

Attorneys for Plaintiff and the Proposed Classes,
SUSAN WAKS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN WAKS, on behalf of herself and all others similarly situated,<br><br>                      **Plaintiff,**<br><br>       vs.<br><br>MRS ASSOCIATES, INC. and MRS BPO, LLC,<br><br>                  **Defendants.** | **CASE NO.  CV11-0343**<br><br>**Complaint filed on January 24, 2011**<br><br>**HONORABLE JUDGE LEONARD D. WEXLER<br>HONORABLE MAGISTRATE JUDGE ARLENE R. LINDSAY**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Susan Waks and their counsels, hereby give notice that the above-captioned matter is voluntarily dismissed, without prejudice against the defendant.

Respectfully,

Date:   February 15, 2011

THE MATHEWS LAW GROUP

By:

Charles T. Mathews
Attorney for Plaintiff Susan Waks and the Proposed Class

SO ORDERED.

Dated: Central Islip, N.Y.

Feb. 23 2011

Leonard D. Wexler
U. S. District Judge